UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN MAIER,<br><br>                Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY CORRECTIONS BUREAU,<br><br>                Defendant. | Case No. C15-204 MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Michael John Maier, proceeding pro se, submitted an application to proceed in forma pauperis ("IFP") in this 42 U.S.C. § 1983 civil rights action. Dkt. 1. By letter dated February 12, 2015, the Clerk informed Plaintiff that his IFP application was deficient and directed him to correct the deficiency by March 16, 2015. Dkt. 2. On February 25, 2015, the Post Office returned the letter to the Court marked "Return to Sender" and "Released." Dkt. 4.

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

To date, Plaintiff has not notified the Court of his current address, and has not filed anything to further prosecute this action.  Accordingly, the Court recommends **DISMISSING** this action without prejudice pursuant to Local Rule CR 41(b)(2) for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Any objections to this Recommendation must be filed no later than **Tuesday, May 12, 2015.**  The matter will be ready for the Court's consideration on **Thursday, May 14, 2015**.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.

DATED this 27th day of April, 2015.

/s/ 
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2